In the Matter of the Estate of CHRIST VLAHOS, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to resettle order, denies motion for leave to file an affidavit *nunc pro tunc*, and directs that the record on appeal should include only certain affidavits.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of CHARLES A. WHITE, as Administrator, etc., of PETER BAKOS, Deceased.— Decree, so far as appealed from, affirmed, with costs to respondent payable out of the estate. All concur. (The portion of the decree appealed from awards a gift *causa mortis* on the judicial settlement of the accounts of the administrator.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [163 Misc. 940.]

In the Matter of the Application of EDWIN M. GRIFFITHS, Appellant, Respondent, against JOHN C. SCHANTZ, County Comptroller, etc., Respondent, Appellant. — Order, so far as appealed from, affirmed, without costs. All concur. (The separate portions of the order appealed from directs defendant to audit petitioner's claim with respect to certain headings in the preparation of an assessment roll but fails to direct the audit of petitioner's claim for compensation in a mandamus proceeding.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of Proving the Last Will and Testament of NORA GALVIN, Deceased.— Decree affirmed, with costs to respondent payable out of the estate. All concur, except Crosby, P. J., who dissents and votes for reversal and granting a new trial. (The decree admits the alleged last will of decedent to probate after a jury verdict.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

GEORGE L. MYALL, as Administrator, etc., of GEORGE A. MYALL, Deceased, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for the death of plaintiff's intestate arising out of the negligent condition of a street.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HIBBARD, Appellant.— Order affirmed, without costs. All concur. (The order directs defendant to pay expenses and support and to give a bond in a filiation proceeding.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.